| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randall V Sutter, Esq., SBN 243040<br>ROUNDS & SUTTER, LLP<br>674 County Square Drive, Suite 108<br>Ventura, CA 93003<br>805-650-7100 Fax: 805-832-6315<br>rsutter@rslawllp.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: 9:18-bk-10096-DS |
|---|---|
| | CHAPTER: 13 |
| Roy G Howat | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/24/2018

_____
Roy G Howat
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                              F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Roy G Howat | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    9:18-bk-10096
(If known)

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 **Bank of America**<br>Creditor's Name<br><br>PO Box 31785<br>Tampa, FL 33631-3785<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  10/31/2005 | Describe the property that secures the claim:<br>265 Waite Street Los Alamos, CA 93440  Santa Barbara County 3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number    0416 | $76,137.00 | $496,800.00 | $15,972.00 |
| 2.2 **Diamond Jewelry & Loan**<br>Creditor's Name<br><br>310E Main Street<br>Santa Maria, CA 93454<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Describe the property that secures the claim:<br>3 gold coins and gold bola tie held and collateralized by Diamond Jewelry & Loan, 310 E Main St, Santa Maria, CA.  93454 under pawn shop agreement.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | $1,200.00 | $1,200.00 | $0.00 |

Debtor 1  **Roy G Howat**　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)  **9:18-bk-10096**
　　　　　First Name　　Middle Name　　Last Name

Date debt was incurred  **2017**　　　　Last 4 digits of account number _____

---

| 2.3 | **JP Morgan Chase Bank, NA** | Describe the property that secures the claim: | $35,620.00 | $33,469.00 | $2,151.00 |

Creditor's Name

**2014 Audi SQ5 32000 miles Sport Utility 4D**
**Location: 265 Waite Street, Los Alamos CA 93440**

**PO Box 29505**
**Phoenix, AZ 85038-9505**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **06/2017**　　　　Last 4 digits of account number  **1207**

---

| 2.4 | **Pacific Premier Bank** | Describe the property that secures the claim: | $45,000.00 | $496,800.00 | $45,000.00 |

Creditor's Name

**265 Waite Street Los Alamos, CA 93440  Santa Barbara County**
**3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)**

**1035 State Street**
**Santa Barbara, CA 93101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/14/2011**　　　　Last 4 digits of account number  **1206**

---

| 2.5 | **ScanSource** | Describe the property that secures the claim: | $12,000.00 | $496,800.00 | $12,000.00 |

Creditor's Name

**265 Waite Street Los Alamos, CA 93440  Santa Barbara County**
**3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)**

**6 Logue Court**
**Greenville, SC 29615**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit

---

Debtor 1  **Roy G Howat**
         First Name    Middle Name    Last Name

Case number (if know)  **9:18-bk-10096**

☐ Check if this claim relates to a community debt

☐ Other (including a right to offset) _____

Date debt was incurred  **2011**    Last 4 digits of account number _____

---

| 2.6 | **Seterus, Inc.** |
|-----|-------------------|
|     | Creditor's Name   |

Describe the property that secures the claim:    **$436,635.00**    **$496,800.00**    **$0.00**

**265 Waite Street Los Alamos, CA 93440  Santa Barbara County 3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)**

**14523 SW Millikan Way, Suite 200 Beaverton, OR 97005**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **10/31/2005**    Last 4 digits of account number  **3303**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$606,592.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$606,592.00**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**The Mortgage Law Firm, PLC
27455 Tierra Alta Way, Suite B
Temecula, CA 92590**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  **5134**

---

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**674 County Square Drive, Suite 108, Ventura, CA 93003**

A true and correct copy of the foregoing document entitled (*specify*):  **Summary of Amended Schedules, Master Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 21, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Attorney for Creditor Pacific Premier Bank: Matthew S Kennedy     msk@KennedyLawRealty.com
COURTESY NOTICE: Alexander K Lee     ecfcacb@aldridgepite.com, akl@ecf.inforuptcy.com
ATTORNEY FOR SECURED CREDITOR SETERUS, INC: James F Lewin     james.lewin@mtglawfirm.com, jimlewin7@gmail.com; wade.tang@mtglawfirm.com; jenelly.goldade@mtglawfirm.com; renee.parker@mtglawfirm.com
CHAPTER 13 TRUSTEE: Elizabeth (ND) F Rojas (TR)     cacb_ecf_nd@ch13wla.com
DEBTOR'S COUNSEL: Randall V Sutter     rsutter@rslawllp.com, ecf@rslawllp.com
U.S. TRUSTEE: United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **February 21, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 21, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 21, 2018** | **Claudia Rivera** | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                           Page 2                                       F 1007-1.1.AMENDED.SUMMARY

Bankruptcy Case No. 9:18-bk-10096-DS
*In re: Roy G Howat*

### SERVICE INFORMATION CONTINUED:

**2. SERVED BY UNITED STATES MAIL:**

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Diamond Jewelry & Loan
310E Main Street
Santa Maria, CA 93454

JP Morgan Chase Bank, NA
PO Box 29505
Phoenix, AZ 85038-9505

Pacific Premier Bank
1222 Vine Street
Paso Robles, CA. 93446

ScanSource
6 Logue Court
Greenville, SC 29615

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

The Mortgage Law Firm, PLC
27455 Tierra Alta Way, Suite B
Temecula, CA 92590

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 3                    F 1007-1.1.AMENDED.SUMMARY