| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randall V Sutter, Esq., SBN 243040<br>ROUNDS & SUTTER, LLP<br>674 County Square Drive, Suite 108<br>Ventura, CA 93003<br>805-650-7100 Fax: 805-832-6315<br>rsutter@rslawllp.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| | CASE NO.: 9:18-bk-10096-DS |
| | CHAPTER: 13 |
| Roy G Howat | SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☑ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☐ Schedule G

☐ Schedule H          ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☐ Statement of Intentions        ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/24/2018

_____
Roy G Howat
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                              F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roy G Howat** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number  9:18-bk-10096

☑ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1
**265 Waite Street**
Street address, if available, or other description

**Los Alamos    CA    93440-0000**
City                State        ZIP Code

**Santa Barbara**
County

What is the property? Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?    **$496,800.00**
Current value of the portion you own?    **$496,800.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)**

Debtor 1    Roy G Howat    Case number (if known)    9:18-bk-10096

**1.2** If you own or have more than one, list here:

**Development Bahamas Acres Ltd.**
**Grand Exuma Island, Lot No. 4434**
**Bahamas**
Street address, if available, or other description

City    State    ZIP Code

County

What is the property? Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Joint tenant**

- [ ] Check if this is community property (see instructions)

**Undeveloped lot, lot size 10,000 sq ft, Debtor has 1/3 interest with two siblings, comparable values $6,000, net realized gain if able to sell = $500**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................=>    **$497,300.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- [ ] No
- [x] Yes

**3.1**
Make: **Audi**
Model: **SQ5**
Year: **2014**
Approximate mileage: **32000**
Other information:
**Sport Utility 4D**
**Location: 265 Waite Street, Los Alamos CA 93440**

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$33,469.00**
Current value of the portion you own? **$33,469.00**

**3.2**
Make: **Ford**
Model: **Aerostar Van**
Year: **1994**
Approximate mileage: **84000**
Other information:
**Location: 265 Waite Street, Los Alamos CA 93440**

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$862.00**
Current value of the portion you own? **$862.00**

Debtor 1    Roy G Howat    Case number *(if known)*    9:18-bk-10096

| 3.3 | Make: | Ford | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | Aerostar Van | ☑ Debtor 1 only | |
| | Year: | 1995 | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Approximate mileage: | 82000 | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 265 Waite Street, Los Alamos CA 93440 | | ☐ Check if this is community property (see instructions) | $900.00    $900.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................=>    $35,231.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

   | Furniture, major appliances, linens, china, kitchenware, household goods<br>Location: 265 Waite Street, Los Alamos CA 93440 | $1,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

   | Television, cellphone<br>Location: 265 Waite Street, Los Alamos CA 93440 | $400.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

   | 3 gold coins and gold bola tie held and collateralized by Diamond Jewelry & Loan, 310 E Main St, Santa Maria, CA. 93454 under pawn shop agreement. | $1,200.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....

Debtor 1   Roy G Howat                                                    Case number (if known)   9:18-bk-10096

| | |
|---|---:|
| 3 montain bikes; 1 tandem mountain bike; 2 recreation bikes; home gym equipment; and 1 exercise bike; 1 gun safe.<br>Location: 265 Waite Street, Los Alamos CA 93440 | $2,600.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes. Describe.....

| | |
|---|---:|
| One High Standard Long Horn ($250); 2 Winchester rifles Model 94 ($800)<br>Location: 265 Waite Street, Los Alamos CA 93440 | $1,050.00 |
| Firearms used in Debtor's Sole-Proprietorship Business: One North American AMS .22 ($200); One Smith & Wesson Model 29 ($450); One Smith & Wesson Model 6904 ($400); One Ruger Super Blackhawk ($350); and one Smith & Wesson 44 Magnum ($900).<br>Location: 265 Waite Street, Los Alamos CA 93440 | $2,300.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| | |
|---|---:|
| Everyday clothing, jackets, boots, shoes, coats<br>Location: 265 Waite Street, Los Alamos CA 93440 | $300.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| | |
|---|---:|
| Everyday jewelry, costume jewelry, watches<br>Location: 265 Waite Street, Los Alamos CA 93440 | $320.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.....

| | |
|---|---:|
| One cat<br>Location: 265 Waite Street, Los Alamos CA 93440 | $0.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
☑ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................    **$9,670.00**

**Part 4: Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No

Official Form 106A/B                          Schedule A/B: Property                                          page 4

Debtor 1   **Roy G Howat**                                                                 Case number *(if known)*   **9:18-bk-10096**

☑ Yes.

|   |   |
|---|---|
| Cash | $50.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.........................                        Institution name:

| | | | | |
|---|---|---|---|---|
| | 17.1. | Checking | Pacific Premier Bank, P.O. Box 25171, Santa Ana, CA. 92799, Account #xxxxxx2356 | $635.00 |
| | 17.2. | Checking | Pacific Premier Bank, P.O. Box 25171, Santa Ana, CA. 92799, Account #xxxxxx2739 | $297.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes.................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☑ Yes. Give specific information about them....................
   Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| Debtor Sole-Proprietorship business, dba Santa Barbara Surveillance Company, dba Action Video Productions, dba Legal Evidence Media Productions, dba Santa Barbara Surveillance Systems, 133 E De La Guerra, #133, Santa Barbara, CA. 93101, all assets and values listed elsewhere in schedules, entry for informational purposes | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
   Type of account:           Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. .....................                        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............     Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No

Official Form 106A/B                        Schedule A/B: Property                                      page 5

Debtor 1    **Roy G Howat**    Case number *(if known)*   **9:18-bk-10096**

☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value.
   Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☑ Yes. Describe each claim.........

| Restitution Order for monies owed, County of Santa Barbara Probation Department Case No. 1203605, Account No. xxxxxx61, original amount $15,000 and only $390 collected since Nov 2015. Valued at $0.00 due to non-collectible status | $0.00 |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................................**    **$982.00**

Official Form 106A/B    Schedule A/B: Property    page 6

Debtor 1    Roy G Howat    Case number (if known)    9:18-bk-10096

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☑ Yes. Describe.....

| Debtor Sole-Proprietorship business, dba Santa Barbara Surveillance Company, accounts receivables | $2,500.00 |

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☑ Yes. Describe.....

| Debtor Sole-Proprietorship businesses, computer equipment and office supplies | $1,200.00 |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☑ Yes. Describe.....

| Debtor's Sole-Proprietorship businesses, surveillance and video equipment | $1,500.00 |

**41. Inventory**
☑ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
☑ No
☐ Yes. Give specific information about them...................
    Name of entity:                                   % of ownership:

**43. Customer lists, mailing lists, or other compilations**
☑ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☑ No
    ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................**    $5,200.00

Debtor 1    **Roy G Howat**    Case number *(if known)*    **9:18-bk-10096**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................... $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................................... $497,300.00
56. Part 2: Total vehicles, line 5    $35,231.00
57. Part 3: Total personal and household items, line 15    $9,670.00
58. Part 4: Total financial assets, line 36    $982.00
59. Part 5: Total business-related property, line 45    $5,200.00
60. Part 6: Total farm- and fishing-related property, line 52    $0.00
61. Part 7: Total other property not listed, line 54    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $51,083.00    Copy personal property total    $51,083.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $548,383.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roy G Howat** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number  9:18-bk-10096
(if known)

☑ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 265 Waite Street Los Alamos, CA 93440  Santa Barbara County<br>3 BR, 2.5 BA, 3200 sq ft;  Fair market value is actual realizalizable net after accounting for 8% sales ($540,000 x 92%)<br>Line from *Schedule A/B*: **1.1** | $496,800.00 | ☑ $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 1994 Ford Aerostar Van 84000 miles<br>Location: 265 Waite Street, Los Alamos CA 93440<br>Line from *Schedule A/B*: **3.2** | $862.00 | ☑ $862.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 1995 Ford Aerostar Van 82000 miles<br>Location: 265 Waite Street, Los Alamos CA 93440<br>Line from *Schedule A/B*: **3.3** | $900.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Furniture, major appliances, linens, china, kitchenware, household goods<br>Location: 265 Waite Street, Los Alamos CA 93440<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1   **Roy G Howat**                                                                         Case number (if known)   **9:18-bk-10096**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Television, cellphone**  Location: 265 Waite Street, Los Alamos CA 93440  Line from Schedule A/B: **7.1** | $400.00 | ☑ $400.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **3 montain bikes; 1 tandem mountain bike; 2 recreation bikes; home gym equipment; and 1 exercise bike; 1 gun safe.**  Location: 265 Waite Street, Los Alamos CA 93440  Line from Schedule A/B: **9.1** | $2,600.00 | ☑ $2,600.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Firearms used in Debtor's Sole-Proprietorship Business: One North American AMS .22 ($200); One Smith & Wesson Model 29 ($450); One Smith & Wesson Model 6904 ($400); One Ruger Super Blackhawk ($350); and one Smith & Wesson 44 Magnum ($900).**  Location: 265  Line from Schedule A/B: **10.2** | $2,300.00 | ☑ $2,300.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **Everyday clothing, jackets, boots, shoes, coats**  Location: 265 Waite Street, Los Alamos CA 93440  Line from Schedule A/B: **11.1** | $300.00 | ☑ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Everyday jewelry, costume jewelry, watches**  Location: 265 Waite Street, Los Alamos CA 93440  Line from Schedule A/B: **12.1** | $320.00 | ☑ $320.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Cash**  Line from Schedule A/B: **16.1** | $50.00 | ☑ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Pacific Premier Bank, P.O. Box 25171, Santa Ana, CA. 92799, Account #xxxxxx2356**  Line from Schedule A/B: **17.1** | $635.00 | ☑ $635.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Pacific Premier Bank, P.O. Box 25171, Santa Ana, CA. 92799, Account #xxxxxx2739**  Line from Schedule A/B: **17.2** | $297.00 | ☑ $297.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Debtor Sole-Proprietorship business, dba Santa Barbara Surveillance Company, accounts receivables**  Line from Schedule A/B: **38.1** | $2,500.00 | ☑ $2,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Debtor 1  **Roy G Howat**                                                                                          Case number (if known)  **9:18-bk-10096**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor Sole-Proprietorship businesses, computer equipment and office supplies**  Line from Schedule A/B: **39.1** | $1,200.00 | ☑ $1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **Debtor's Sole-Proprietorship businesses, surveillance and video equipment**  Line from Schedule A/B: **40.1** | $1,500.00 | ☑ $1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**674 County Square Drive, Suite 108, Ventura, CA 93003**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 21, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Attorney for Creditor Pacific Premier Bank: Matthew S Kennedy    msk@KennedyLawRealty.com
COURTESY NOTICE: Alexander K Lee    ecfcacb@aldridgepite.com, akl@ecf.inforuptcy.com
ATTORNEY FOR SECURED CREDITOR SETERUS, INC: James F Lewin    james.lewin@mtglawfirm.com, jimlewin7@gmail.com; wade.tang@mtglawfirm.com; jenelly.goldade@mtglawfirm.com; renee.parker@mtglawfirm.com
CHAPTER 13 TRUSTEE: Elizabeth (ND) F Rojas (TR)    cacb_ecf_nd@ch13wla.com
DEBTOR'S COUNSEL: Randall V Sutter    rsutter@rslawllp.com, ecf@rslawllp.com
U.S. TRUSTEE: United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **February 21, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 21, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **February 21, 2018** | Claudia Rivera | *(signature)* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY